JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MURALI KRISHNA WARIER CHANDRASEKHARA WARIER, et al.,

Plaintiffs,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

No. 2:26-cv-02303-JAK (DFMx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (DKT. 18)**

The Parties' Stipulation of Dismissal Without Prejudice (Dkt. 18) is APPROVED for good cause shown. It is hereby ordered that all claims and defenses in this action shall be dismissed without prejudice with each party to bear its own fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: September 9, 2026

John A. Kronstadt
United States District Judge